| | |
|---|---|
| 1 | RANDY SUE POLLOCK |
| 2 | Attorney at Law (CSBN 64473)<br>2831 Telegraph Avenue |
| 3 | Oakland, CA 94609<br>San Francisco, CA 94109 |
| 4 | Telephone: (510) 763-9967<br>Facsimile: (510) 272-0711 |
| 5 | Attorney for Defendant |
| 6 | WARREN STEVEN SMITH |

**FILED**

**JAN 1 6 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA, | |
| 13 | Plaintiff, | CR. 06-00697-DLJ |
| 14 | vs. | **STIPULATION TO CONTINUE**<br>**STATUS CONFERENCE** |
| 15 | WARREN STEVEN SMITH, | |
| 16 | Defendant. | |
| 17 | _____/ | |

Defendant WARREN STEVEN SMITH, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Garth Hire hereby stipulate and agree that the status conference presently set for Friday, January 19, 2007, at 9 a.m. be continued until Friday, March 2, 2007 at 9 a.m.. This continuance is at the request of defense counsel as she needs to be out-of-state on a family matter.

The time period from January 19, 2007 to March 2, 2007, would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial. Additionally, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii) given the nature of the prosecution, the volume of the evidence, it is

unreasonable to expect adequate preparation for pretrial proceedings and for the trial within the time limits established by the Speedy Trial Act.

Date: January 12, 2007

/s/ Randy Sue Pollock
RANDY SUE POLLOCK
Counsel for Defendant
WARREN STEVEN SMITH

Date:   January 12, 2007

/s/ Garth Hire
GARTH HIRE
Assistant United States Attorney

SO ORDERED:

January 16, 2007

D. LOWELL JENSEN
United States District Court Judge