ISMAIL RAMSEY (BAR NO. 189820)
izzy@ramsey-ehrlich.com
MILES EHRLICH (BAR NO. 237954)
miles@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

*Attorneys for Defendant Warren Steven Smith*

**FILED**
DEC 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WARREN STEVEN SMITH,<br><br>Defendant. | Case No.: CR06-00697 DLJ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE**<br><br>Judge D. Lowell Jensen<br><br>Date:  January 4, 2008<br>Time:  10:00 a.m.<br>Dept:  Courtroom 1, 4th Floor |

Case No. 06-CR-00697 (DLJ)
STIPULATION AND PROPOSED ORDER

1 | Defendant Warren Steven Smith and the United States of America hereby stipulate to
2 | continue the sentencing hearing from Friday, January 4, 2008, until Friday, February 15, 2008, at
3 | 10:00 a.m. The presentencing interview of the defendant has yet to be completed. Additional
4 | time is needed to allow the probation office to complete its presentence report. The interview is
5 | currently scheduled for Wednesday, December 19, 2007.
6 | The hearing set for Friday, January 4, 2008, is continued until Friday, February 15, 2008,
7 | at 10:00 a.m., or such other date and time as the Court may set.

DATED: December 7, 2007          RAMSEY & EHRLICH LLP

                                 By: /s/ Ismail Ramsey
                                     Ismail Ramsey
                                     Miles Ehrlich

                                 Attorneys for Defendant Warren Steven Smith

DATED: December 7, 2007          SCOTT N. SCHOOLS
                                 United States of America


                                 By: /s/ Garth Hire
                                     Assistant United States Attorney

Case No. 06-CR-00697 (DLJ)
STIPULATION AND [PROPOSED] ORDER

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, this Court continues the sentencing hearing in the above entitled case from Friday, January 4, 2008, until Friday, February 15, 2008, at 10:00 a.m., or such other date and time as the Court may set.

IT IS SO ORDERED.

DATED: December 10, 2007     By: _____
Hon. D. Lowell Jensen
United States District Court Judge