ISMAIL RAMSEY (BAR NO. 189820)
izzy@ramsey-ehrlich.com
MILES EHRLICH (BAR NO. 237954)
miles@ramsey-ehrlich.com
FELICIA GROSS (BAR NO. 231909)
felicia@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

*Attorneys for Defendant Warren Steven Smith*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WARREN STEVEN SMITH,<br><br>Defendant. | Case No.: CR06-00697 DLJ<br><br>**JOINT STIPULATION AND ORDER CONTINUING HEARING DATE**<br><br>Judge D. Lowell Jensen<br><br>Date: February 15, 2008<br>Time: 10:00 a.m.<br>Dept: Courtroom 1, 4th Floor |

Defendant Warren Steven Smith and the United States of America hereby stipulate to continue the sentencing hearing from Friday, February 15, 2008, until Friday, **April 11, 2008**, at 10:00 a.m. Due to the fact that Defendant was hospitalized in late December 2007 and admitted to infirmary in early January 2008, the presentencing interview of the defendant has yet to be completed. Additional time is needed to allow the probation office to complete its presentence report. The interview is currently scheduled for Friday, February 1, 2008.

| | |
|---|---|
| 1 | |
| 2 | The hearing set for Friday, February 15, 2008, is continued until **Friday, April 11, 2008**, |
| 3 | at 10:00 a.m., or such other date and time as the Court may set. |

DATED: January 24, 2008          RAMSEY & EHRLICH LLP


By:  /s/ Ismail Ramsey
     Ismail Ramsey
     Miles Ehrlich
     Felicia Gross


     Attorneys for Defendant Warren Steven Smith

DATED: January 24, 2008          SCOTT N. SCHOOLS
                                         United States of America


By:  /s/ Garth Hire
     Assistant United States Attorney

| | |
|---|---|
| 1 | **ORDER** |
| 2 | GOOD CAUSE HAVING BEEN SHOWN, this Court continues the sentencing |
| 3 | hearing in the above entitled case from Friday, February 15, 2008, until Friday, **April 11,** |
| 4 | **2008, at 10:00 a.m**., or such other date and time as the Court may set. |
| 5 | IT IS SO ORDERED. |

DATED: January 25, 2008     By: _____
Hon. D. Lowell Jensen
United States District Court Judge