ISMAIL RAMSEY (BAR NO. 189820)
izzy@ramsey-ehrlich.com
MILES EHRLICH (BAR NO. 237954)
miles@ramsey-ehrlich.com
FELICIA GROSS (BAR NO. 231909)
felicia@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

*Attorneys for Defendant Warren Steven Smith*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WARREN STEVEN SMITH,<br><br>　　　　Defendant. | Case No.: CR06-00697 DLJ<br><br>**JOINT STIPULATION AND  ORDER TO CORRECT THE FINAL PRESENTENCE REPORT TO INCLUDE DATE AND FACT OF DEFENDANT'S MARRIAGE PURSUANT TO FED. R. CRIM. P. 32 & 36**<br><br>Judge D. Lowell Jensen |

1   Defendant Warren Steven Smith pled guilty to one count of distribution of cocaine base on
2   October 12, 2007, and was sentenced on April 11, 2008, to 144 months' imprisonment. During
3   the sentencing hearing, the court orally modified the Department of Probation's Final Presentence
4   Report, dated March 28, 2008, to include, in paragraph 65 of that report, the date and fact of
5   defendant's marriage to Lynn Hamilton on March 28, 2008.
6   Since it is the policy of the Department of Probation not to issue an amended Final
7   Presentence Report absent a court's order to do so, Defendant Warren Steven Smith and the
8   United States of America hereby jointly consent to a court order that the Department of Probation
9   shall issue an amended Final Presentence Report which states, in the second sentence of paragraph
10  65, as follows:

11

12  "Warren Smith and Lynn Hamilton became engaged on November 17, 2007 and were
13  married on March 28, 2008."

14
15
16  DATED: May 22, 2008         RAMSEY & EHRLICH LLP
17
                                By:  //s// Ismail Ramsey
18                                   Ismail Ramsey
                                     Miles Ehrlich
19                                   Felicia Gross
20
                                Attorneys for Defendant Warren Steven Smith
21
22  DATED: May 22, 2008         SCOTT N. SCHOOLS
                                United States of America
23
24
                                By:  //s// Garth Hire
25                                   Assistant United States Attorney
26
27
28

Case No. 06-CR-00697 (DLJ)
STIPULATION AND [PROPOSED] ORDER

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, this Court orders that the Department of Probation shall issue an amended Final Presentence Report which shall state, in the second sentence of paragraph 65, the following:

"Warren Smith and Lynn Hamilton became engaged on November 17, 2007 and were married on March 28, 2008."

IT IS SO ORDERED.

DATED: June 2 , 2008          By: _____
                              Hon. D. Lowell Jensen
                              United States District Court Judge